| AO 10<br>Rev. 1/2012 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2011 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>HUCK, PAUL C. | 2. Court or Organization<br><br>SD - FL | 3. Date of Report<br><br>09/06/2012 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. DISTRICT JUDGE - ACTIVE | 5a. Report Type (check appropriate type)<br><br>☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>1/1/2011<br>to<br>12/31/2011 |
| 7. Chambers or Office Address<br><br>90 N.E. FOURTH STREET<br>SUITE 1067<br>MIAMI, FLORIDA 33132 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| HUCK, PAUL C. | 09/06/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2011 | UNIVERSITY OF MIAMI | $12,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2011 | SELF EMPLOYED - SMALL BUSINESS OWNER |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | UNIVERSITY OF FLORIDA | 6/3/2011 TO 6/4/2011 | GAINESVILLE, FLORIDA | LAW SCHOOL BOARD MEETING | TRAVEL & LODGING |
| 2. | FLORIDA BAR | 7/25/2011 TO 7/26/2011 | ORLANDO, FLORIDA | ROUND TABLE DISCUSSION | TRAVEL & LODGING |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HUCK, PAUL C. | 09/06/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HUCK, PAUL C. | 0 / /2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. GIBRALTAR BANK FSB - CHECKING & MONEY MARKET | A | Interest | J | T | | | | | |
| 2. FRANKLIN STREET PROPERTIES (F/K/A FSP COLLINS CROSSING | B | Dividend | J | T | | | | | |
| 3. OMAN TRUSTEE - SW▉▉ FORMERLY HERRERA | | None | L | T | | | | | |
| 4. OMAN TRUSTEE - NW▉▉ LLC | | None | M | T | | | | | |
| 5. OMAN TRUSTEE - SW▉▉ LLC | | None | K | T | | | | | |
| 6. OMAN TRUSTEE - WALDEN (5) | | None | J | T | | | | | |
| 7. OMAN TRUSTEE - MORTGAGE TR 1 | | None | L | T | | | | | |
| 8. OMAN TRUSTEE - MORTGAGE TR 2 | | None | N | T | | | | | |
| 9. | | | | | | | | | |
| 10. ***MORGAN KEEGAN --- PCH | | | | | | | | | |
| 11. MONEY MKT - REGIONS FDIC | A | Dividend | J | T | | | | | |
| 12. FL HURRICANE CAT FD FIN CORP | C | Interest | M | T | | | | | |
| 13. FL STATE BRD ED SER A | C | Interest | M | T | | | | | |
| 14. GWINNETT CNTY GA SCH DIST | C | Interest | M | T | | | | | |
| 15. ISHARES GS INVEST OP | C | Interest | L | T | | | | | |
| 16. JACKSONVILLE FL EXCISE TAXES SER A | C | Interest | M | T | | | | | |
| 17. JOHNSON CITY TENN | B | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HUCK, PAUL C. | 0 / /2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. PIMCO TOTAL RET CLASS C | C | Interest | M | T | | | | | |
| 19. STATE OF MISS OBLIGATIONS | C | Interest | L | T | | | | | |
| 20. ALABAMA WTR POL | B | Dividend | L | T | Buy | 05/11/11 | L | | |
| 21. ANNALY CAP MGMT | C | Dividend | K | T | Buy | 08/24/11 | K | | |
| 22. NORFOLK VA ARPT | C | Interest | L | T | Buy | 10/13/11 | L | | |
| 23. PIMCO CORP OPPORTUNITY | | None | | | Sold | 10/06/11 | K | | |
| 24. PIMCO CORP OPPORTUNITY | A | Dividend | | | Buy | 08/19/11 | K | | |
| 25. GENERAL ELECTRIC CAP CORP | A | Interest | K | T | Buy | 08/26/11 | K | | |
| 26. MORGAN STANLEY | A | Interest | L | T | Buy | 10/05/11 | L | | |
| 27. ENDURO ROYALTY TR | A | Dividend | K | T | Buy | 12/23/11 | K | | |
| 28. FL STATE GOVT UTIL | | None | | | Matured | 10/31/11 | K | | |
| 29. ISHARES TR IBOXX | | None | | | Sold | 08/11/11 | L | | |
| 30. VOLUSIA CNTY FL PUB IMP | | None | | | Matured | 10/3/11 | L | | |
| 31. | | | | | | | | | |
| 32. *** MORGAN KEEGAN --- DHH | | | | | | | | | |
| 33. MONEY MARKET - REGIONS FDIC | A | Interest | K | T | | | | | |
| 34. MONEY MARKET - REGIONS FDIC | A | Interest | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HUCK, PAUL C. | 0 / /2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. AIG MULTI CPN PFD | C | Dividend | K | T | | | | | |
| 36. BANK OF AMERICA | C | Interest | K | T | | | | | |
| 37. CERNER CORP | | None | L | T | | | | | |
| 38. CHURCH & DWIGHT | A | Dividend | K | T | | | | | |
| 39. DUPONT & CO | A | Dividend | K | T | | | | | |
| 40. EXXON MOBIL | B | Dividend | L | T | | | | | |
| 41. FEDEX | A | Dividend | K | T | | | | | |
| 42. FORD MOTOR CO | A | Dividend | J | T | | | | | |
| 43. IBM | B | Dividend | M | T | | | | | |
| 44. JP MORGAN CHASE | A | Dividend | K | T | | | | | |
| 45. PIMCO TOTAL RETURN | C | Dividend | M | T | | | | | |
| 46. SOUTHERN CO | A | Dividend | K | T | | | | | |
| 47. SYMANTEC CORP | | None | K | T | | | | | |
| 48. ANNALY CAP MGMT | B | Dividend | K | T | Buy | 08/19/11 | K | | |
| 49. COLFAX CORP | | None | J | T | Buy | 09/13/11 | J | | |
| 50. WALT DISNEY CO | A | Dividend | K | T | Buy | 11/30/11 | K | | |
| 51. FASTENAL CO | A | Dividend | K | T | Buy | 07/01/11 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HUCK, PAUL C. | 0 / /2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. GENERAL ELECTRIC | A | Dividend | K | T | Buy | 01/01/11 | K | | |
| 53. HEXCEL CORP | | None | J | T | Buy | 03/17/11 | J | | |
| 54. METROPOLITAN HEALTH NETWORK | | None | J | T | Buy | 11/11/11 | J | | |
| 55. TITAN MACHINE CO | | None | K | T | Buy | 10/25/11 | K | | |
| 56. CITIGROUP | | None | | | Buy | 01/18/11 | K | | |
| 57. CITIGROUP | | None | | | Sold | 05/10/11 | K | | |
| 58. NN INC | | None | | | Buy | 06/03/11 | J | | |
| 59. NN INC | | None | | | Sold | 08/10/11 | J | | |
| 60. CHEMTURA | | None | | | Buy | 01/19/11 | J | | |
| 61. CHEMTURA | | None | | | Sold | 09/12/11 | J | | |
| 62. PROGRESSIVE CORP OHIO | | None | | | Buy | 04/05/11 | K | | |
| 63. PROGRESSIVE CORP OHIO | | None | | | Sold | 09/12/11 | K | | |
| 64. CROCS | | None | | | Buy | 03/11/11 | J | | |
| 65. CROCS | | None | | | Sold | 10/04/11 | J | B | |
| 66. RAYTHEON CO | | None | | | Buy | 02/17/11 | K | | |
| 67. RAYTHEON CO | | None | | | Sold | 10/13/11 | K | | |
| 68. HEXCEL CORP | | None | | | Buy | 03/22/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HUCK, PAUL C. | 0 / /2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. HEXCEL CORP | | None | | | Sold | 12/01/11 | J | A | |
| 70. AFLAC CORP | | None | | | Sold | 03/18/11 | K | | |
| 71. CANADIAN NAT RES | | None | | | Sold | 05/27/11 | K | | |
| 72. JETBLUE AIRWAYS | | None | | | Sold | 02/04/11 | J | | |
| 73. RACKSPACE HOSTING | | None | | | Sold | 02/11/11 | K | | |
| 74. RSC HOLDINGS | | None | | | Sold | 01/26/11 | K | | |
| 75. SOTHEBYS HOLDING | | None | | | Sold | 10/13/11 | K | | |
| 76. STARBUCKS | | None | | | Sold | 03/08/11 | K | | |
| 77. XEROX CORP | | None | | | Sold | 03/28/11 | K | | |
| 78. | | | | | | | | | |
| 79. *** MORGAN KEEGAN (IRA) PCH | | | | | | | | | |
| 80. MONEY MKT FD - REGIONS FDIC | A | Interest | K | T | | | | | |
| 81. ASTRA ZENECA PLC | C | Interest | L | T | | | | | |
| 82. AT&T INC | C | Interest | L | T | | | | | |
| 83. BANK OF AMERICA CORP | C | Interest | L | T | | | | | |
| 84. BANK OF AMERICA CORP | B | Interest | K | T | | | | | |
| 85. GOLDMAN SACHS GROUP | C | Interest | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HUCK, PAUL C. | 0 / /2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. IBM CORP BK | B | Interest | M | T | | | | | |
| 87. ISHARES TR RUS 1000 GRWTH INDEX | A | Dividend | K | T | | | | | |
| 88. JP MORGAN CHASE | C | Interest | L | T | | | | | |
| 89. MORGAN STANLEY DW | D | Interest | M | T | | | | | |
| 90. PIMCO TOT RET FD A | D | Dividend | N | T | | | | | |
| 91. TEMPLETON GLOBAL BD FD | E | Dividend | M | T | Buy | 02/17/11 | K | | |
| 92. SPDR S&P DEP RCPT TRADES/QUOTES | A | Dividend | K | T | Buy | 05/25/11 | K | | |
| 93. AIG MULTI CPN PF | C | Dividend | K | T | Buy | 01/01/11 | K | | |
| 94. PIMCO CORP OPP FD | | None | | | Buy | 05/06/11 | K | | |
| 95. PIMCO CORP OPP FD | | None | | | Sold | 10/06/11 | K | | |
| 96. ISHARES GS INVESTOP | B | Interest | K | T | Buy | 11/11/11 | K | | |
| 97. ISHARES GS INVESTOP | | None | | | Sold (part) | 04/29/11 | L | | |
| 98. ISHARES RUS MCAP INDEX VAL | | None | | | Sold | 05/27/11 | K | D | |
| 99. | | | | | | | | | |
| 100. *** LIMITED PARTNERSHIPS | | | | | | | | | |
| 101. ALTAMONTE INV LLC | | None | | | Closed | 12/31/11 | J | | |
| 102. ALTAMONTE INV II, LLC | | None | | | Closed | 12/31/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HUCK, PAUL C. | 0 / /2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. ENCLAVE AT RPB LTD | | None | | | Closed | 12/31/11 | J | | |
| 104. EZGREEN ASSOC LLC | | None | J | T | | | | | |
| 105. HOMESTEAD 5 LLC - MULTIPLE RENTAL PROP | A | Rent | L | W | | | | | |
| 106. HTG CRYSTAL COVE INVESTORS 10 LLC | | None | M | T | | | | | |
| 107. HTG CRYSTAL COVE INVESTORS 11 LLC | | None | K | T | Buy | 03/11/11 | K | | |
| 108. LAKEHOUSE I LTD - MULTIPLE RENTAL PROP | D | Rent | K | W | | | | | |
| 109. RASCON ASSOC LTD | | None | L | T | | | | | |
| 110. 22 LANTERN LLC CLASS B | | None | J | T | | | | | |
| 111. 22 LANTERN LLC CLASS C | | None | K | T | | | | | |
| 112. 22 LANTERN LLC CLASS D | | None | K | T | | | | | |
| 113. NW 6, LLC | C | Interest | L | T | | | | | |
| 114. SW 214 LLC | | None | M | T | | | | | |
| 115. TR-1, LLC | B | Interest | L | T | | | | | |
| 116. TR-2, LLC | D | Interest | M | T | | | | | |
| 117. WILLIAMS PTRS LP | | None | L | T | Buy | 10/13/11 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HUCK, PAUL C. | 09/06/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

In October 2011, my broker transferred all of my cash accounts at Dreyfus that were listed in my 2010 Report to Regions Bank in order for them to be insured by the FDIC.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ PAUL C. HUCK

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544